Sol R. Friedman, and I. S. Friedman, for appellant; McKinley, Price & Appleman, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 30, 1952; released for publication January 28, 1953.

## Eva Forden, Appellee, v. Rose Copilove, Appellant.

## Gen. No. 45,873.

Samuel Levin, for appellant; George B. Craven, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 30, 1952; rehearing denied January 13, 1953; released for publication January 28, 1953.